**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

JAN 17 2018

JAMES W. McCORMACK, CLERK
.By:_____
DEP CLERK

| | |
|---|---|
| **STANDARD INSURANCE COMPANY,** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) Case No. 5:18-cv-15-JLH |
| **v.** | ) |
| | ) |
| **LATESEA LIGHTFOOT and LARONICA** | ) |
| **CONNER,** | ) This case assigned to District Judge _Holmes_ |
| | ) and to Magistrate Judge _Ray_ |
| *Defendants.* | ) |

## COMPLAINT FOR INTERPLEADER

Interpleader Plaintiff, STANDARD INSURANCE COMPANY ("Standard"), by its

attorney, Richard J. Pautler of Thompson Coburn LLP, hereby submits its Complaint for

Interpleader pursuant to § 502(a)(3) of the Employee Retirement Income Security Act of 1974

(ERISA), 29 U.S.C. § 1132(a)(3).  By this Action, Standard asks the Court to determine who,

among two conflicting claimants, is entitled to receive life benefits that have become payable

under an "employee welfare benefit plan" as that term is defined in ERISA § 3(1), 29 U.S.C.

§ 1001(1).

### JURISDICTION, PARTIES AND VENUE

1.     Wagner Industries, Inc. sponsors an "employee welfare benefit plan" that

provides life insurance benefits to certain of its employees. ("Plan").

2.     Standard issued Group Life Insurance Policy No. 159328-A (the "Policy"), to

insure the benefits that become payable under the Plan.  A true and correct copy of the Policy, as

amended, is attached as Exhibit A.

3.     This action is the result of a dispute over entitlement to Plan benefits ("hereinafter

"Plan Benefits"), that became payable upon the death of Cedric Devon Lightfoot (the

"Decedent"), who died in Pine Bluff, Jefferson County, Arkansas, on October 26, 2017, while a participant in the Plan.

4.      Standard, to the extent it is holding the Plan Benefits that became payable upon Decedent's death and has a duty to pay those Plan Benefits to the proper Plan beneficiary, acts as fiduciary of the Plan.

5.      Standard is a corporation incorporated under the laws of Oregon and with its principal place of business in the State of Oregon (Portland, Multnomah County).  Standard is authorized to do business and is doing business as an insurer in the State of Arkansas.

6.      Standard, in its limited capacity as a fiduciary of the Plan, brings this action pursuant to ERISA § 502(a)(3), 29 U.S.C. § 1132(a)(3) in that it is seeking other appropriate equitable relief (i.e. asking the Court to determine who is entitled to the Plan Benefits).

7.      This Court has subject matter jurisdiction over this action pursuant to ERISA § 502(e)(1), 29 U.S.C. § 1132(a)(3).

8.      Venue is proper in this District pursuant to ERISA § 502(e)(2), 29 U.S.C. § 1132(e)(2) because at least one of the defendants resides and may be found in this District.

9.      Defendant Laronica Conner ("Conner"), described in Standard's claim file as the "best friend" of Decedent, makes a claim to 100% of the Plan Benefits.  Conner is a citizen of the State of Arkansas and may be found in this District.

10.     Defendant Latesea Lightfoot ("Lightfoot"), the daughter of Decedent, also makes a claim to 100% of the Plan Benefits.  Upon information and belief, Lightfoot is domiciled in and a citizen of the State of Ohio.  Lightfoot's claim to 100% of the employee life insurance benefit at issue is entirely adverse to the claim of the other Defendant, Laronica Conner.

- 2 -

## FACTUAL BACKGROUND AND CONFLICTING CLAIMS

11.     The Plan/Policy provides, in pertinent part, "benefits payable because of your [the Decedent's] death will be paid to the Beneficiary you name."

12.     As a result of Decedent's death on October 26, 2017, the Plan Benefits in the amount of $7,000, became due and payable upon Standard's receipt of due proof of loss and proof of those designated to be the lawful beneficiary(ies) of the Plan Benefits.

13.     According to Standard's claim file, on June 14, 2017, the Decedent signed a form entitled Waiver of Premium Beneficiary Designation/Change that applied to the Plan Benefits. Decedent named Conner, identified as his "best friend," as the 100% beneficiary of the Plan Benefits.  A true and correct copy of the Waiver of Premium Beneficiary Designation/Change is attached as Exhibit B.

14.     Thereafter, also according to Standard's claim file, on September 22, 2017, the Decedent signed a form entitled "Enrollment and Change" that applied to his "Basic Life with AD&D" coverage under the Plan/Policy. Decedent thereafter designated Lightfoot, identified as his "daughter," as the 100% beneficiary of the Plan Benefits.  A true and correct copy of the Enrollment and Change form is attached as Exhibit C.

15.     On December 8, 2017, Conner advised Standard through her attorneys, she intended to pursue legal action.  Conner claimed, again through her attorneys, the Enrollment and Change form naming Lightfoot as the beneficiary of the Life Benefit (Exhibit C) was invalid as Lightfoot "was involved in procuring the change of beneficiary by exercising undue influence on a very ill Mr. Lightfoot."  Conner's attorney further stated, "Mr. Lightfoot [the Decedent] did not have the requisite capacity to execute a change of beneficiary and only did so under extreme duress."

- 3 -

16.     To date Lightfoot and Conner each maintains she is entitled to 100% of the Life Benefit. There are thus two sets of conflicting claims to 100% of the Plan Benefits.

17.     This interpleader action is necessary to prevent Standard from being subject to multiple potential claims and multiple potential litigation and liabilities over the same Plan Benefits.

18.     Standard has received completely adverse claims to 100% of the Plan Benefits and cannot pay either claim without risk of incurring liability in excess of the total value of the Plan Benefits.

19.     Standard is a disinterested stakeholder and an interpleader plaintiff only, and, except to the extent of its reasonable attorney fees and costs as may be allowed by this Court, makes no claim of any kind upon the Plan Benefits.

20.     Standard is without an adequate remedy at law.

21.     Standard therefore seeks relief under ERISA as hereinafter stated.

22.     Standard is ready, willing and able to deposit the Plan Benefits into the Registry of the Court upon obtaining a proper Order from the Court allowing such a deposit.

**WHEREFORE**, Standard respectfully prays that the Court issue its Order and Judgment:

A.     Allowing Standard to pay the Plan Benefits into the Registry of the Court;

B.     Adjudging who is entitled to the Plan Benefits;

C.     Declaring that Standard and the Plan, upon the payment of the Plan Benefits into the Registry of the Court, have fulfilled any and all duties and obligations owed to Defendants under the Plan or the Policy;

- 4 -

D.      Declaring that upon the payment of the Plan Benefits into the Registry of the

Court, Standard and the Plan are released and discharged from all further liability arising as a

result of the death of Cedric Devon Lightfoot;

E.      Declaring that Defendants are forever barred and enjoined from filing any claim

or action against Standard or the Plan related to the death of Cedric Devon Lightfoot;

F.      Dismissing Standard as a party to this lawsuit, with prejudice;

G.      Awarding to Standard its reasonable attorneys' fees and costs in bringing this

action; and

H.      Granting such other and further relief as is proper.

Respectfully submitted,

**THOMPSON COBURN LLP**

By: _____

Richard J. Pautler
One US Bank Plaza – 28th Floor
St. Louis, MO  63101
(314) 552-6470
(314) 552-7470 (fax)
rpautler@thompsoncoburn.com
Attorneys for Plaintiff, Standard Insurance
Company

## GROUP POLICY AMENDMENT NO. 3

Attached to and made a part of Group Policy 159328-A issued to
Wagner Industries, Inc. dba Wagner Logistics as Policyholder.

Effective January 1, 2015, and subject to the **Active Work Provisions**, the Schedule Of Insurance portion of the **Coverage Features** is amended to provide the following Plan 1 Life Insurance Benefit for Class 1 - 5:

Life Insurance Benefit:

Plan 1 (basic):

Class 1, 2, and 3:  1 times your Annual Earnings, minus $25,000, rounded to the next higher multiple of $1,000, if not already a multiple of $1,000.  The maximum amount is $115,000 and the minimum amount is $1,000.

Class 4 and 5:  1 times your Annual Earnings, rounded to the next higher multiple of $1,000, if not already a multiple of $1,000.  The maximum amount is $140,000 and the minimum amount is $1,000.

AD&D Insurance Benefit:

The amount of your AD&D Insurance Benefit is equal to the amount of your Life Insurance Benefit.  The amount payable for certain Losses is less than 100% of the AD&D Insurance Benefit.  See AD&D Table Of Losses.

After you reach age 70, the amount of your insurance will be reduced according to the Reductions In Insurance shown in the **Coverage Features**.

STANDARD INSURANCE COMPANY

By

President

Corporate Secretary

Group Policy No. 159328-A

EXHIBIT A

STND 17-03934-000001

## GROUP POLICY AMENDMENT NO. 2

Attached to and made a part of Group Policy 159328-A issued to
Wagner Industries, Inc. dba Wagner Logistics as Policyholder.

Effective January 1, 2015, and subject to the **Active Work Provisions**, the Group Policy is amended
as follows:

1.  GROUP POLICY AMENDMENT NO. 1 never came into effect.

2.  The Schedule Of Insurance portion of the **Coverage Features** is amended to provide the following
    amounts of Plan 2 (additional) Life Insurance Benefit and Dependents Life Insurance Benefit for
    your Spouse for the following Members:

Plan 2 (additional):

| | |
|---|---|
| Sammie Brown | $8,710 |
| Patricia Monk | $20,000 |
| Cornell Simmons | $50,000 |
| George Simon | $20,000 |
| Jamala Williams | $10,000 |

Dependents Life Insurance Benefit:

For your Spouse:

| | |
|---|---|
| Patricia Monk | $10,000 |
| George Simon | $10,000 |

Your insurance will not be reduced because of your age unless your insurance is subject to
termination under the **Waiver of Premium** provision.

STANDARD INSURANCE COMPANY

By

President                                    Corporate Secretary

## GROUP POLICY AMENDMENT NO. 1

Attached to and made a part of Group Policy 159328-A issued to
Wagner Industries, Inc. dba Wagner Logistics as Policyholder.

Effective January 1, 2015, and subject to the **Active Work Provisions**, the Schedule Of Insurance portion of the **Coverage Features** is amended to provide the following amounts of Plan 2 Life Insurance Benefit and Dependents Life Insurance Benefit for the following Members:

**Plan 2 Life Insurance Benefit:**

| | |
|---|---|
| Sammie Brown | $8,071 |
| Patricia Monk | $20,000 |
| Cornell Simmons | $50,000 |
| George Simon | $20,000 |
| Jamala Williams | $10,000 |

**Dependents Life Insurance Benefit:**

For your Spouse:

| | |
|---|---|
| Patricia Monk | $10,000 |
| George Simon | $10,000 |

Your insurance will not be reduced because of your age unless your insurance is subject to termination under the **Waiver of Premium** provision.

STANDARD INSURANCE COMPANY

By

President

Corporate Secretary

**NOTICE OF PROTECTION PROVIDED BY**
**MISSOURI LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION**

This notice provides a *brief summary* of the Missouri Life and Health Insurance Guaranty Association ("the Association") and the protection it provides for policyholders. This safety net was created under Missouri law, which determines who and what is covered and the amounts of coverage.

The Association was established to provide protection in the unlikely event that your life, annuity, or health insurance company becomes financially unable to meet its obligations and is taken over by its insurance department. If this should happen, the Association will typically arrange to continue coverage and pay claims, in accordance with Missouri law, with funding from assessments paid by other insurance companies.

The basic protections provided by the Association are as follows:

- Life Insurance
    o $300,000 in death benefits
    o $100,000 in cash surrender or withdrawal values

- Health Insurance
    o $500,000 in hospital, medical and surgical insurance benefits
    o $300,000 in disability insurance benefits
    o $300,000 in long-term care insurance benefits
    o $100,000 in other types of health insurance benefits

- Annuities
    o $250,000 in withdrawal and cash values

The maximum amount of protection for each individual, regardless of the number of policies or contracts, is as follows:

- $300,000 in aggregate for all types of coverage listed above, with the exception of basic hospital, medical and major medical insurance or major medical insurance

- $300,000 in aggregate for all types of coverage listed above, with the exception of basic hospital, medical and surgical insurance or major medical insurance

- $500,000 in aggregate basic hospital, medical and surgical insurance or major medical insurance

- $5,000,000 to one policy owner of multiple nongroup policies of life insurance, whether the policy owner is an individual, firm, corporation, or other person, and whether the persons insured are officers, managers, employees, or other persons

*Note: Certain policies and contracts may not be covered or fully covered.* For example, coverage does not extend to any portion(s) of a policy or contract that the insurer does not guarantee, such as certain investment additions to the account value of a variable life insurance policy or a variable annuity contract. There are also various residency requirements and other limitation under Missouri law.

STND 17-03934-000004

To learn more about the above protections, as well as protections relating to group contracts or retirement plans, please visit the Association's website at www.mo-iga.org or contact:

Missouri Life and Health
Insurance Guaranty Association
994 Diamond Ridge, Suite 102
Jefferson City, Missouri 65109
Ph.: 573-634-8455
Fax: 573-634-8488

Missouri Department of Insurance, Financial
Institutions and Professional Registration
301 West High Street, Room 530
Jefferson City, Missouri 65101
Ph.: 573-522-6115

Insurance companies and agents are not allowed by Missouri law to use the existence of the Association or its coverage to encourage you to purchase any form of insurance. When selecting an insurance company, you should not rely on Association coverage. If there is any inconsistency between this notice and Missouri law, then Missouri law will control.

# STANDARD INSURANCE COMPANY

A Stock Life Insurance Company
900 SW Fifth Avenue
Portland, Oregon 97204-1282
(503) 321-7000

## GROUP LIFE INSURANCE POLICY

| | |
|---|---|
| Policyholder: | Wagner Industries, Inc. dba Wagner Logistics |
| Policy Number: | 159328-A |
| Effective Date: | January 1, 2015 |

The consideration for this Group Policy is the application of the Policyholder and the payment by the Policyholder of premiums as provided herein.

Subject to the **Policyholder Provisions** and the **Incontestability Provisions**, this Group Policy (a) is issued for the Initial Rate Guarantee Period shown in the **Coverage Features**, and (b) may be renewed for successive renewal periods by the payment of the premium set by us on each renewal date. The length of each renewal period will be set by us, but will not be less than 12 months.

For purposes of effective dates and ending dates under this Group Policy, all days begin and end at 12:00 midnight Standard Time at the Policyholder's address.

**This policy includes an Accelerated Benefit. Death benefits will be reduced if an Accelerated Benefit is paid. The receipt of this benefit may be taxable and may affect your eligibility for Medicaid or other government benefits or entitlements. However, if you meet the definition of "terminally ill individual" according to the Internal Revenue Code Section 101, your Accelerated Benefit may be non-taxable. You should consult your personal tax and/or legal advisor before you apply for an Accelerated Benefit.**

All provisions on this and the following pages are part of this Group Policy. "You" and "your" mean the Member. "We", "us", and "our" mean Standard Insurance Company. Other defined terms appear with their initial letters capitalized. Section headings, and references to them, appear in boldface type.

STANDARD INSURANCE COMPANY

By

Chairman, President and CEO

Corporate Secretary

GP190-LIFE/S399

# Table of Contents

COVERAGE FEATURES ................................................................................................. 1
   GENERAL POLICY INFORMATION ........................................................................ 1
   BECOMING INSURED .............................................................................................. 1
   PREMIUM CONTRIBUTIONS .................................................................................. 3
   SCHEDULE OF INSURANCE ................................................................................... 3
   REDUCTIONS IN INSURANCE ............................................................................... 5
   OTHER BENEFITS .................................................................................................... 5
   OTHER PROVISIONS ............................................................................................... 6
   PREMIUM RATES AND RENEWALS ..................................................................... 7
LIFE INSURANCE ......................................................................................................... 9
   A.   Insuring Clause .................................................................................................. 9
   B.   Amount Of Life Insurance ................................................................................. 9
   C.   Changes In Life Insurance ................................................................................. 9
   D.   Repatriation Benefit .......................................................................................... 9
   E.   Suicide Exclusion:  Life Insurance ................................................................... 9
   F.   When Life Insurance Becomes Effective ........................................................ 10
   G.   When Life Insurance Ends ............................................................................... 10
   H.   Reinstatement Of Life Insurance .................................................................... 11
DEPENDENTS LIFE INSURANCE ............................................................................. 11
   A.   Insuring Clause ................................................................................................ 11
   B.   Amount Of Dependents Life Insurance .......................................................... 11
   C.   Changes In Dependents Life Insurance .......................................................... 11
   D.   Suicide Exclusion:  Dependents Life Insurance ............................................. 12
   E.   Definitions For Dependents Life Insurance .................................................... 12
   F.   Becoming Insured For Dependents Life Insurance ........................................ 12
   G.   When Dependents Life Insurance Ends .......................................................... 13
ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE ............................... 13
   A.   Insuring Clause ................................................................................................ 13
   B.   Definition Of Loss For AD&D Insurance ........................................................ 13
   C.   Amount Payable ............................................................................................... 14
   D.   Changes In AD&D Insurance .......................................................................... 14
   E.   AD&D Insurance Exclusions ........................................................................... 14
   F.   Additional AD&D Benefits .............................................................................. 15
   G.   Becoming Insured For AD&D Insurance ........................................................ 17
   H.   When AD&D Insurance Ends .......................................................................... 17
ACTIVE WORK PROVISIONS ..................................................................................... 17
CONTINUITY OF COVERAGE .................................................................................... 17
PORTABILITY OF INSURANCE .................................................................................. 18
WAIVER OF PREMIUM ............................................................................................... 19
ACCELERATED BENEFIT ........................................................................................... 20
RIGHT TO CONVERT .................................................................................................. 21
CLAIMS ........................................................................................................................ 22
ASSIGNMENT .............................................................................................................. 25
BENEFIT PAYMENT AND BENEFICIARY PROVISIONS ......................................... 25
ALLOCATION OF AUTHORITY .................................................................................. 27
TIME LIMITS ON LEGAL ACTIONS .......................................................................... 28
INCONTESTABILITY PROVISIONS ........................................................................... 28
CLERICAL ERROR AND MISSTATEMENT ............................................................... 29
TERMINATION OR AMENDMENT OF THE GROUP POLICY .................................. 29
DEFINITIONS ............................................................................................................... 29
POLICYHOLDER PROVISIONS .................................................................................. 32

## Index of Defined Terms

Accelerated Benefit, 20
Active Work, Actively At Work, 17
AD&D Insurance, 30
Air Bag System, 15
Annual Earnings, 30
Automobile, 15

Beneficiary, 26

Child, 31
Class Definition, 1
Contributory, 31
Conversion Period, 22

Dependent, 12
Dependents Life Insurance, 32
Disabled, 31

Earnings Period, 7
Eligibility Waiting Period, 32
Employer(s), 1
Evidence Of Insurability, 32

Grace Period, 8
Group Policy, 32
Group Policy Effective Date, 1
Group Policy Number, 1
Guarantee Issue Amount (for
     Dependents Life Insurance), 2
Guarantee Issue Amount (for Plan 2), 2

Initial Rate Guarantee Period, 8
Injury, 32
Insurance (for Accelerated Benefit), 21
Insurance (for Right to Convert), 22
Insurance (for Waiver Of Premium), 19

L.L.C. Owner-Employee, 32
Leave Of Absence Period, 6
Life Insurance, 32

Loss, 13

Maximum Conversion Amount, 6
Member, 1
Minimum Participation, 8
Minimum Participation Number, 8
Minimum Participation Percentage(s), 8
Minimum Time Insured, 6

Noncontributory, 32
Notice of Rate Change, 8

P.C. Partner, 32
Physician, 32
Policyholder, 1
Pregnancy, 32
Premium Due Dates, 8
Premium Rates, 7
Prior Plan, 32
Proof Of Loss, 23

Qualifying Event, 22
Qualifying Medical Condition, 20

Recipient, 27
Right To Convert, 22

Seat Belt System, 15
Sickness, 32
Spouse, 32
Supplemental Life Insurance, 32

Totally Disabled, 32

Waiting Period (for Waiver Of Premium), 19
Waiver Of Premium, 19
War, 14

You, Your (for Right To Convert), 22

STND 17-03934-000008

## COVERAGE FEATURES

This section contains many of the features of your group life insurance. Other provisions, including exclusions and limitations, appear in other sections. Please refer to the text of each section for full details. The Table of Contents and the Index of Defined Terms help locate sections and definitions.

## GENERAL POLICY INFORMATION

| | |
|---|---|
| Group Policy Number: | 159328-A |
| Type of Insurance Provided: | |
| Life Insurance: | Yes |
| Supplemental Life Insurance: | Not applicable |
| Dependents Life Insurance: | Yes |
| Accidental Death And Dismemberment (AD&D) Insurance: | Yes |
| Policyholder: | Wagner Industries, Inc. dba Wagner Logistics |
| Employer(s): | Wagner Industries, Inc. dba Wagner Logistics Packaging Dynamics, Inc. |
| Group Policy Effective Date: | January 1, 2015 |
| Policy Issued in: | Missouri |

## BECOMING INSURED

To become insured for Life Insurance you must: (a) Be a Member; (b) Complete your Eligibility Waiting Period; and (c) Meet the requirements in **Life Insurance** and **Active Work Provisions**. The requirements for becoming insured for coverages other than Life Insurance are set out in the text.

| | |
|---|---|
| Definition of Member: | You are a Member if you are: |
| | 1. An active employee of the Employer earning $25,000 or more annually; and |
| | 2. Regularly working at least 30 hours each week. |
| | You are not a Member if you are: |
| | 1. A temporary or seasonal employee. |
| | 2. A leased employee. |
| | 3. An independent contractor. |
| | 4. A full time member of the armed forces of any country. |
| Class Definition: | |
| Class 1: | Non-union sales Members participating in the Central States Medical Plan |
| Class 2: | Exempt non-union Members participating in the Central States Medical Plan |

STND 17-03934-000009

| | |
|---|---|
| Class 3: | Non-exempt non-union Members participating in the Central States Medical Plan |
| Class 4: | Exempt non-union Members not participating in the Central States Medical Plan |
| Class 5: | Non-exempt non-union Members not participating in the Central States Medical Plan |
| Class 6: | Grandfathered union employees covered under the labor contract between Wagner Industries, Inc. for Division 105 and Teamsters Local 41, dated February 12, 2007 |
| **Eligibility Waiting Period:** | You are eligible on one of the following dates, but not before the Group Policy Effective Date: |
| Class 1, 2 and 4: | If you are a Member on the Group Policy Effective Date, you are eligible on the first day of the week coinciding with or next following 60 days as a Member. |
| Class 3, 5 and 6: | If you are a Member on the Group Policy Effective Date, you are eligible on the first day of the week coinciding with or next following 84 days as a Member. |
| Class 1, 2 and 4: | If you are a Member after the Group Policy Effective Date, you are eligible on the first day of the week coinciding with or next following 60 days as a Member. |
| Class 3, 5 and 6: | If you are a Member after the Group Policy Effective Date, you are eligible on the first day of the week coinciding with or next following 84 days as a Member. |
| **Evidence Of Insurability:** | Required: |

a. For late application for Contributory insurance.

b. For reinstatements if required.

c. For Members and Dependents eligible but not insured under the Prior Plan.

d. For any Plan 2 Life Insurance Benefit in excess of the Guarantee Issue Amount of $100,000. However, this requirement will be waived on the Group Policy Effective Date for an amount equal to the amount of additional life insurance under the Prior Plan on the day before the Group Policy Effective Date, if you apply on or before the Group Policy Effective Date.

e. For any Dependents Life Insurance Benefit for your Spouse in excess of the Guarantee Issue Amount of $25,000. However, this requirement will be waived on the Group Policy Effective Date for an amount equal to the amount of dependents life insurance under the Prior Plan on the day before the Group Policy Effective Date, if you apply on or before the Group Policy Effective Date.

f. For any increase resulting from a plan or option change you elect.

STND 17-03934-000010

## PREMIUM CONTRIBUTIONS

Life Insurance:                     Plan 1:  Noncontributory

                                    Plan 2:  Contributory

AD&D Insurance:                     Noncontributory

Dependents Life Insurance:

   Spouse:                          Contributory

   Child:                           Contributory

## SCHEDULE OF INSURANCE

SCHEDULE OF LIFE INSURANCE

For you:

   Life Insurance Benefit:

     You will become insured under Plan 1 if you meet the requirements to become insured under the Group Policy.

     If you are insured under Plan 1, you may also become insured under Plan 2 if you meet the requirements to become insured under Plan 2 Life Insurance under the Group Policy.  Plan 2 is a Contributory plan requiring premium contributions from Members.

| | |
|---|---|
| Plan 1 (basic): | Class 1, 2, and 3:  1 times your Annual Earnings, minus $25,000, rounded to the next higher multiple of $1,000, if not already a multiple of $1,000.  The maximum amount is $115,000 and the minimum amount is $10,000. |
| | Class 4 and 5:  1 times your Annual Earnings, rounded to the next higher multiple of $1,000, if not already a multiple of $1,000.  The maximum amount is $140,000 and the minimum amount is $10,000. |
| | Class 6:  $15,000 |
| Plan 2 (additional): | Class 1, 2, 3, 4, and 5: You may apply for Life Insurance in multiples of $10,000, from $10,000 to $500,000. The combined amounts of Plan 1 and Plan 2 Life Insurance Benefit may not exceed 6 times your Annual Earnings. |
| | Class 6: None |
| The Repatriation Benefit: | The expenses incurred to transport your body to a mortuary near your primary place of residence, but not to exceed $5,000 or 10% of the Life Insurance Benefit, whichever is less. |

Dependents Life Insurance Benefit:

     If you are insured under Plan 2 Life Insurance, you may apply for Dependents Life Insurance for your Dependents.  You may elect to insure your Spouse, your Child(ren), or both.

| | |
|---|---|
| For your Spouse: | You may apply for Dependents Life Insurance in multiples of $5,000 from $5,000 to $100,000. |

STND 17-03934-000011

The amount of Dependents Life Insurance for your Spouse may not exceed 50% of the amount of your Plan 2 Life Insurance.

For your Child:                     Your choice of one of the following options:

|  | Option 1: | $2,500 |
|---|---|---|
|  | Option 2: | $5,000 |
|  | Option 3: | $7,500 |
|  | Option 4: | $10,000 |

The amount of Dependents Life Insurance for your Child may not exceed 100% of the amount of your Plan 2 Life Insurance.

## SCHEDULE OF AD&D INSURANCE

For you:

| | |
|---|---|
| AD&D Insurance Benefit: | The amount of your AD&D Insurance Benefit is equal to the amount of your Plan 1 Life Insurance Benefit. The amount payable for certain Losses is less than 100% of the AD&D Insurance Benefit. See AD&D Table Of Losses. |
| Seat Belt Benefit: | The amount of the Seat Belt Benefit is the lesser of (1) $10,000 or (2) the amount of AD&D Insurance Benefit payable for loss of life. |
| Air Bag Benefit: | The amount of the Air Bag Benefit is the lesser of (1) $5,000; or (2) the amount of AD&D Insurance Benefit payable for Loss of your life. |
| Career Adjustment Benefit: | The tuition expenses for training incurred by your Spouse within 36 months after the date of your death, exclusive of board and room, books, fees, supplies and other expenses, but not to exceed $5,000 per year, or the cumulative total of $10,000 or 25% of the AD&D Insurance Benefit, whichever is less. |
| Child Care Benefit: | The total child care expense incurred by your Spouse within 36 months after the date of your death for all Children under age 13, but not to exceed $5,000 per year, or the cumulative total of $10,000 or 25% of the AD&D Insurance Benefit, whichever is less. |
| Higher Education Benefit: | The tuition expenses incurred per Child within 4 years after the date of your death at an accredited institution of higher education, exclusive of board and room, books, fees, supplies and other expenses, but not to exceed $5,000 per year, or the cumulative total of $20,000 or 25% of the AD&D Insurance Benefit, whichever is less. |
| Occupational Assault Benefit: | The lesser of (1) $25,000; or (2) 50% of the amount of the AD&D Insurance Benefit otherwise payable for the Loss. |
| Public Transportation Benefit: | The lesser of (1) $200,000; or (2) 100% of the amount of the AD&D Insurance Benefit otherwise payable for the Loss of your life. |

STND 17-03934-000012

AD&D TABLE OF LOSSES

The amount payable is a percentage of the AD&D Insurance Benefit in effect on the date of the accident and is determined by the Loss suffered as shown in the following table:

| Loss: | | Percentage Payable: |
|---|---|---|
| a. | Life | 100% |
| b. | One hand or one foot | 50% |
| c. | Sight in one eye, speech, or hearing in both ears | 50% |
| d. | Two or more of the Losses listed in b. and c. above | 100% |
| e. | Thumb and index finger of the same hand | 25% * |
| f. | Quadriplegia | 100%** |
| g. | Hemiplegia | 50% ** |
| h. | Paraplegia | 50% ** |

**No more than 100% of your AD&D Insurance will be paid for all Losses resulting from one accident.**

**\* No AD&D Insurance Benefit will be paid for Loss of thumb and index finger of the same hand if an AD&D Insurance Benefit is payable for the Loss of that entire hand.**

**\*\* No AD&D Insurance Benefit will be paid for loss of a hand or foot if an AD&D Insurance Benefit is payable for Quadriplegia, Hemiplegia, or Paraplegia involving that same hand or foot.**

## REDUCTIONS IN INSURANCE

If you reach an age shown below, the amount of insurance will be the amount determined from the Schedule Of Insurance, multiplied by the appropriate percentage below:

Life and AD&D Insurance:

| Age Of Member | Percentage |
|---|---|
| 70 through 74 | 67% |
| 75 or over | 50% |

Dependents Life Insurance for Your Spouse:

| Age Of Member | Percentage |
|---|---|
| 70 through 74 | 67% |
| 75 or over | 50% |

## OTHER BENEFITS

Waiver Of Premium:                     Yes

STND 17-03934-000013

| Accelerated Benefit: | Yes |
|---|---|

## OTHER PROVISIONS

| | |
|---|---|
| **Limits on Right To Convert if Group Policy terminates or is amended:** | |
| Minimum Time Insured: | 5 years |
| Maximum Conversion Amount: | $10,000 |
| Suicide Exclusion: | Applies to: |
| | a.  Plan 2 Life Insurance |
| | b.  Dependents Life Insurance on your Spouse |
| | c.  AD&D Insurance |
| Leave Of Absence Period: | 60 days |
| Continuity Of Coverage: | Yes |
| **Insurance Eligible For Portability:** | |
| For you: | |
| Life Insurance | Yes |
| Minimum amount: | $10,000 |
| Maximum amount: | $300,000 |
| AD&D Insurance | Yes |
| Minimum amount: | $10,000 |
| Maximum amount: | $300,000 |
| For your Spouse: | |
| Dependents Life Insurance | Yes |
| Minimum amount: | $5,000 |
| Maximum amount: | $100,000 |
| For your Child: | |
| Dependents Life Insurance | Yes |
| Minimum amount: | $1,000 |
| Maximum amount: | $5,000 |
| Annual Earnings based on: | Partners, L.L.C. Owner-Employees, Sole Proprietors, S-Corporation Shareholders and P.C. Partners:   Annual compensation during the Employer's prior tax year (or the Policyholder's prior tax year if you are a P.C. partner). |
| | All other Members:  Earnings in effect on your last full day of Active Work. |
| Earnings Period for Commissions (see **Definitions**): | The preceding 12 calendar months. |

STND 17-03934-000014

## PREMIUM RATES AND RENEWALS

Premium Rates:

Life Insurance:

| | |
|---|---|
| Plan 1: | $0.280 monthly per $1,000 of Life Insurance |

Plan 2:

| Age of Member on 1st Day of Month Coinciding with or Next Following Change in Age | Monthly Rate Per Multiple of $1,000 |
|---|---|
| 29 or under | $ 0.130 |
| 30 through 34 | 0.169 |
| 35 through 39 | 0.191 |
| 40 through 44 | 0.210 |
| 45 through 49 | 0.321 |
| 50 through 54 | 0.481 |
| 55 through 59 | 0.899 |
| 60 through 64 | 1.391 |
| 65 through 69 | 2.669 |
| 70 through 74 | 4.329 |
| 75 or over | 4.329 |

Dependents Life Insurance:

Spouse:

| Age of Member on 1st Day of Month Coinciding with or Next Following Change in Age | Monthly Rate Per Multiple of $1,000 |
|---|---|
| 29 or under | $ 0.130 |
| 30 through 34 | 0.169 |
| 35 through 39 | 0.191 |
| 40 through 44 | 0.210 |
| 45 through 49 | 0.321 |
| 50 through 54 | 0.481 |
| 55 through 59 | 0.899 |
| 60 through 64 | 1.391 |
| 65 through 69 | 2.669 |
| 70 through 74 | 4.329 |
| 75 or over | 4.329 |

| | |
|---|---|
| Child: | Option 1: $0.310 monthly per $2,500 of Dependents Life Insurance for each Member electing Dependents Life Insurance for their Children, regardless of the number of Children covered |
| | Option 2: $0.620 monthly per $5,000 of Dependents Life Insurance for each Member electing Dependents Life Insurance for their Children, regardless of the number of Children covered |
| | Option 3: $0.920 monthly per $7,500 of Dependents Life Insurance for each Member electing Dependents Life |

STND 17-03934-000015

|  | Insurance for their Children, regardless of the number of Children covered |
|---|---|
|  | Option 4: $1.230 monthly per $10,000 of Dependents Life Insurance for each Member electing Dependents Life Insurance for their Children, regardless of the number of Children covered |
| AD&D Insurance: | $0.020 monthly per $1,000 of AD&D Insurance |
| Premium Due Dates: | January 1, 2015 and the first day of each calendar month thereafter. |
| Grace Period: | 31 days |
| Initial Rate Guarantee Period: | January 1, 2015 to January 1, 2018 |
| Notice of Rate Change: | 31 days |
| Minimum Participation: |  |
| Life Insurance: |  |
| Number: | 10 insured Members |
| Percentage: | Plan 1 (basic): 100% of Members eligible for Plan 1 |
|  | Plan 2 (additional): The greater of 10 insured Members or 20% of eligible Members |
| Dependents Life Insurance: | 20% of insured Members with eligible Dependents must elect to insure those Dependents |

STND 17-03934-000016

# LIFE INSURANCE

A. Insuring Clause

If you die while insured for Life Insurance, we will pay benefits according to the terms of the Group Policy after we receive Proof Of Loss satisfactory to us.

B. Amount Of Life Insurance

See the **Coverage Features** for the Life Insurance schedule.

C. Changes In Life Insurance

1. Increases

You must apply in writing for any elective increase in your Life Insurance.

Subject to the **Active Work Provisions**, an increase in your Life Insurance becomes effective as follows:

a. Increases Subject To Evidence Of Insurability

An increase in your Life Insurance subject to Evidence Of Insurability becomes effective on the date we approve your Evidence Of Insurability.

b. Increases Not Subject To Evidence Of Insurability

An increase in your Life Insurance not subject to Evidence Of Insurability becomes effective on the first day of the calendar month coinciding with or next following the date you apply for an elective increase or the date of change in your classification, age or Annual Earnings.

2. Decreases

A decrease in your Life Insurance because of a change in your classification, age or Annual Earnings becomes effective on the first day of the calendar month coinciding with or next following the date of the change.

Any other decrease in your Life Insurance becomes effective on the first day of the calendar month coinciding with or next following the date the Policyholder or your Employer receives your written request for the decrease.

D. Repatriation Benefit

The amount of the Repatriation Benefit is shown in the **Coverage Features**.

We will pay a Repatriation Benefit if all of the following requirements are met.

1. A Life Insurance Benefit is payable because of your death.

2. You die more than 200 miles from your primary place of residence.

3. Expenses are incurred to transport your body to a mortuary near your primary place of residence.

E. Suicide Exclusion: Life Insurance

If your death results from suicide or other intentionally self-inflicted Injury while sane or insane, 1 and 2 below apply.

1. The amount payable will exclude the amount of your Life Insurance which is subject to this suicide exclusion and which has not been continuously in effect for at least 1 year on the date of your death. In computing the 1-year period, we will include time you were insured under the Prior Plan.

STND 17-03934-000017

2.  We will refund all premiums paid for that portion of your Life Insurance which is excluded from payment under this suicide exclusion.

F.  When Life Insurance Becomes Effective

The **Coverage Features** states whether your Life Insurance is Contributory or Noncontributory.

Subject to the **Active Work Provisions**, your Life Insurance becomes effective as follows:

1.  Life Insurance subject to Evidence Of Insurability

    Life Insurance subject to Evidence Of Insurability becomes effective on the date we approve your Evidence Of Insurability.

2.  Life Insurance not subject to Evidence Of Insurability

    a.  Noncontributory Life Insurance

        Noncontributory Life Insurance not subject to Evidence Of Insurability becomes effective on the date you become eligible.

    b.  Contributory Life Insurance

        You must apply in writing for Contributory Life Insurance and agree to pay premiums. Contributory Life Insurance not subject to Evidence Of Insurability becomes effective on:

        (i)  The date you become eligible if you apply on or before that date.

        (ii) The date you apply if you apply within 31 days after you become eligible.

    Late application: Evidence Of Insurability is required if you apply more than 31 days after you become eligible.

3.  Takeover Provision

    a.  If you were insured under the Prior Plan on the day before the effective date of your Employer's coverage under the Group Policy, your Eligibility Waiting Period is waived on the effective date of your Employer's coverage under the Group Policy.

    b.  You must submit satisfactory Evidence Of Insurability to become insured for Life Insurance if you were eligible under the Prior Plan for more than 31 days but were not insured.

G.  When Life Insurance Ends

Life Insurance ends automatically on the earliest of:

1.  The date the last period ends for which a premium was paid for your Life Insurance;

2.  The date the Group Policy terminates;

3.  The date your employment terminates; and

4.  The date you cease to be a Member.  However, if you cease to be a Member because you are working less than the required minimum number of hours, your Life Insurance will be continued with premium payment during the following periods, unless it ends under 1 through 3 above.

    a.  While your Employer is paying you at least the same Annual Earnings paid to you immediately before you ceased to be a Member.

    b.  While your ability to work is limited because of Sickness, Injury, or Pregnancy.

        If you are Totally Disabled and you are not eligible for Waiver Of Premium (see **Waiver Of Premium**), your Life Insurance will continue, while you remain Totally Disabled, for a period of six months, but not beyond the date the Group Policy terminates.  This applies even if your employment terminates.

STND 17-03934-000018

    c.  During the first 60 days of:

        (1)  A temporary layoff; or

        (2)  A strike, lockout, or other general work stoppage caused by a labor dispute between your collective bargaining unit and your Employer.

    d.  During a leave of absence if continuation of your insurance under the Group Policy is required by a state-mandated family or medical leave act or law.

    e.  During any other scheduled leave of absence approved by your Employer in advance and in writing and lasting not more than the period shown in the **Coverage Features**.

**H.**  Reinstatement Of Life Insurance

If your Life Insurance ends, you may become insured again as a new Member. However, 1 through 4 below will apply.

1.  If your Life Insurance ends because you cease to be a Member, and if you become a Member again within 90 days, the Eligibility Waiting Period will be waived.

2.  If your Life Insurance ends because you fail to make a required premium contribution, you must provide Evidence Of Insurability to become insured again.

3.  If you exercised your Right To Convert, you must provide Evidence Of Insurability to become insured again.

4.  If your Life Insurance ends because you are on a federal or state-mandated family or medical leave of absence, and you become a Member again immediately following the period allowed, your insurance will be reinstated pursuant to the federal or state-mandated family or medical leave act or law.

(REPAT_SUIC ALL)    LI.LF.MO.3

## DEPENDENTS LIFE INSURANCE

**A.**  Insuring Clause

If your Dependent dies while insured for Dependents Life Insurance, we will pay benefits according to the terms of the Group Policy after we receive Proof Of Loss satisfactory to us.

**B.**  Amount Of Dependents Life Insurance

See the **Coverage Features** for the amount of your Dependents Life Insurance.

**C.**  Changes In Dependents Life Insurance

1.  Increases

You must apply in writing for any elective increase in your Dependents Life Insurance.

Subject to the **Active Work Provisions**, an increase in your Dependents Life Insurance becomes effective as follows:

a.  Increases Subject To Evidence Of Insurability

An increase in your Dependents Life Insurance subject to Evidence Of Insurability becomes effective on the date we approve that Dependent's Evidence Of Insurability.

b.  Increases Not Subject To Evidence Of Insurability

An increase in your Dependents Life Insurance not subject to Evidence Of Insurability becomes effective on the first day of the calendar month coinciding with or next following the date you apply for an elective increase.

STND 17-03934-000019

An increase in your Dependents Life Insurance because of an increase in your Life Insurance becomes effective on the date your Life Insurance increases.

2. Decreases

A decrease in your Dependents Life Insurance because of a decrease in your Life Insurance becomes effective on the date your Life Insurance decreases.

D. Suicide Exclusion: Dependents Life Insurance

If a Dependent's death results from suicide or other intentionally self-inflicted injury, while sane or insane, 1 and 2 below will apply.

1. The amount payable will exclude the amount of Dependents Life Insurance which has not been continuously in effect for at least 1 year on the date of death. In computing the period, we will include time insured under the Prior Plan.

2. We will refund all premiums paid for Dependents Life Insurance which is excluded from payment under this suicide exclusion which we determine are attributable to that Dependent.

E. Definitions For Dependents Life Insurance

Dependent means your Spouse or Child. Dependent does not include a person who is a full-time member of the armed forces of any country.

F. Becoming Insured For Dependents Life Insurance

1. Eligibility

You become eligible to insure your Dependents on the later of:

a. The date you become eligible for Life Insurance; and

b. The date you first acquire a Dependent.

A Member may not be insured as both a Member and a Dependent. A Child may not be insured by more than one Member.

2. Effective Date

The **Coverage Features** states whether your Dependents Life Insurance is Contributory or Noncontributory. Subject to the **Active Work Provisions**, your Dependents Life Insurance becomes effective as follows:

a. Dependents Life Insurance Subject To Evidence Of Insurability

Dependents Life Insurance subject to Evidence Of Insurability becomes effective on the later of:

1. The date your Life Insurance becomes effective; and

2. The first day of the calendar month coinciding with or next following the date we approve the Dependent's Evidence Of Insurability.

b. Dependents Life Insurance Not Subject To Evidence Of Insurability

1. Noncontributory Dependents Life Insurance

Noncontributory Dependents Life Insurance not subject to Evidence Of Insurability becomes effective on the later of:

i. The date your Life Insurance becomes effective; and

ii. The date you first acquire a Dependent.

STND 17-03934-000020

2.  Contributory Dependents Life Insurance

You must apply in writing for Contributory Dependents Life Insurance and agree to pay premiums. Contributory Dependents Life Insurance not subject to Evidence Of Insurability becomes effective on the latest of:

    i.  The date your Life Insurance becomes effective if you apply on or before that date;

    ii.  The date you become eligible to insure your Dependents if you apply on or before that date; and

    iii.  The date you apply if you apply within 31 days after you become eligible.

Late Application: Evidence Of Insurability is required for each Dependent if you apply more than 31 days after you become eligible.

c.  While your Dependents Life Insurance is in effect, each new Child becomes insured immediately.

d.  Takeover Provision

Each Dependent who was eligible under the Prior Plan for more than 31 days but was not insured must submit satisfactory Evidence Of Insurability to become insured for Dependents Life Insurance.

G.  When Dependents Life Insurance Ends

Dependents Life Insurance ends automatically on the earliest of:

1.  Five months after you die (no premiums will be charged for your Dependents Life Insurance during this time);

2.  The date your Life Insurance ends;

3.  The date the Group Policy terminates, or the date Dependents Life Insurance terminates under the Group Policy;

4.  The date the last period ends for which you made a premium contribution, if your Dependents Life Insurance is Contributory;

5.  For your Spouse, the date of your divorce;

6.  For any Dependent, the date the Dependent ceases to be a Dependent; and

7.  For a Child who is Disabled, 90 days after we mail you a request for proof of Disability, if proof is not given.

(SP & CH_SUIC ALL)   LI.DL.OT.4

## ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

A.  Insuring Clause

If you have an accident, including accidental exposure to adverse weather conditions, while insured for AD&D Insurance, and the accident results in a Loss, we will pay benefits according to the terms of the Group Policy after we receive Proof Of Loss satisfactory to us.

B.  Definition Of Loss For AD&D Insurance

Loss means loss of life, hand, foot, sight, speech, hearing in both ears, thumb and index finger of the same hand and Quadriplegia, Hemiplegia or Paraplegia which meets all of the following requirements:

1.  Is caused solely and directly by an accident.

STND 17-03934-000021

2. Occurs independently of all other causes.

3. Occurs within 365 days after the accident.

4. With respect to Loss of life, is evidenced by a certified copy of the death certificate.

5. With respect to all other Losses, is certified by a Physician in the appropriate specialty as determined by us.

With respect to Loss of life, death will be presumed if you disappear and the disappearance:

1. Is caused solely and directly by an accident that reasonably could have caused Loss of life;

2. Occurs independently of all other causes; and

3. Continues for a period of 365 days after the date of the accident, despite reasonable search efforts.

With respect to a hand or foot, Loss means actual and permanent severance from the body at or above the wrist or ankle joint, whether or not surgically reattached.

With respect to sight, Loss means entire, uncorrectable, and irrecoverable loss of sight.

With respect to speech, Loss means entire, uncorrectable, and irrecoverable loss of audible speech.

With respect to hearing, Loss means entire, uncorrectable, and irrecoverable loss of hearing in both ears.

With respect to thumb and index finger of the same hand, Loss means actual and permanent severance from the body at or above the metacarpophalangeal joints.

With respect to Quadriplegia, Hemiplegia, and Paraplegia, Loss must be permanent, complete, and irreversible.

Quadriplegia means total paralysis of both upper and lower limbs. Hemiplegia means total paralysis of the upper and lower limbs on the same side of the body. Paraplegia means total paralysis of both lower limbs.

C.  Amount Payable

See **Coverage Features** for the AD&D Insurance schedule. The amount payable is a percentage of the AD&D Insurance Benefit in effect on the date of the accident and is determined by the Loss suffered. See AD&D Table Of Losses in the **Coverage Features**.

D.  Changes In AD&D Insurance

Changes in your AD&D Insurance will become effective on the date your Life Insurance changes.

E.  AD&D Insurance Exclusions

No AD&D Insurance benefit is payable if the accident or Loss is caused or contributed to by any of the following:

1. War or act of War.  War means declared or undeclared war, whether civil or international, and any substantial armed conflict between organized forces of a military nature.

2. Suicide or other intentionally self-inflicted Injury, while sane.

3. Committing or attempting to commit an assault or felony, or actively participating in a violent disorder or riot.  Actively participating does not include being at the scene of a violent disorder or riot while performing your official duties.

4. The voluntary use or consumption of any poison, chemical compound, alcohol or drug, unless used or consumed according to the directions of a Physician.

5. Sickness or Pregnancy existing at the time of the accident.

STND 17-03934-000022

6. Heart attack or stroke.

7. Medical or surgical treatment for any of the above.

F. **Additional AD&D Benefits**

**Seat Belt Benefit**

The amount of the Seat Belt Benefit is shown in the **Coverage Features.**

We will pay a Seat Belt Benefit if all of the following requirements are met:

1. You die as a result of an Automobile accident for which an AD&D Insurance Benefit is payable for Loss of your Life; and

2. You are wearing and properly utilizing a Seat Belt System at the time of the accident, as evidenced by a police accident report.

Seat Belt System means a properly installed combination lap and shoulder restraint system that meets the Federal Vehicle Safety Standards of the National Highway Traffic Safety Administration. Seat Belt System will include a lap belt alone, but only if the Automobile did not have a combination lap and shoulder restraint system when manufactured. Seat Belt System does not include a shoulder restraint alone.

Automobile means a motor vehicle licensed for use on public highways.

**Air Bag Benefit**

The amount of the Air Bag Benefit is shown in the **Coverage Features.**

We will pay an Air Bag Benefit if all of the following requirements are met:

1. You die as a result of an Automobile accident for which a Seat Belt Benefit is payable for Loss of your life.

2. The Automobile is equipped with an Air Bag System that was installed as original equipment by the Automobile manufacturer and has received regular maintenance or scheduled replacement as recommended by the Automobile or Air Bag manufacturer.

3. You are seated in the driver's or a passenger's seating position intended to be protected by the Air Bag System and the Air Bag System deploys, as evidenced by a police accident report.

Air Bag System means an automatically inflatable passive restraint system that is designed to provide automatic crash protection in front or side impact Automobile accidents and meets the Federal Vehicle Safety Standards of the National Highway Traffic Safety Administration.

Automobile means a motor vehicle licensed for use on public highways.

**Career Adjustment Benefit**

The amount of the Career Adjustment Benefit is shown in the **Coverage Features.**

We will pay a Career Adjustment Benefit to your Spouse if all of the following requirements are met:

1. You are insured for AD&D Insurance under the Group Policy.

2. You die as a result of an accident for which an AD&D Insurance Benefit is payable for Loss of your life.

3. Your Spouse is, within 36 months after the date of your death, registered and in attendance at an accredited institution of higher education or trades training program for the purpose of obtaining employment or increasing earnings.

No Career Adjustment Benefit will be paid if you have no surviving Spouse.

STND 17-03934-000023

**Child Care Benefit**

The amount of the Child Care Benefit is shown in the **Coverage Features.**

We will pay a Child Care Benefit to your Spouse if all of the following requirements are met:

1. You are insured for AD&D Insurance under the Group Policy.

2. You die as a result of an accident for which an AD&D Insurance Benefit is payable for Loss of your life.

3. Your Spouse pays a licensed child care provider who is not a member of your family for child care provided to your Child(ren) under age 13 within 36 months of your death.

4. The child care is necessary in order for your Spouse to work or to obtain training for work or to increase earnings.

No Child Care Benefit will be paid if you have no surviving Spouse.

**Higher Education Benefit**

The amount of the Higher Education Benefit is shown in the **Coverage Features.**

We will pay a Higher Education Benefit to your Child if all of the following requirements are met:

1. You are insured for AD&D Insurance under the Group Policy.

2. You die as a result of an accident for which an AD&D Insurance Benefit is payable for Loss of your life.

3. Your Child is, within 12 months after the date of your death, registered and in full-time attendance at an accredited institution of higher education beyond high school.

The Higher Education Benefit will be paid to each Child who meets the requirements of item 3 above, for a maximum of 4 consecutive years beginning on the date of your death. No Higher Education Benefit will be paid if there is no Child eligible to receive it.

**Occupational Assault Benefit**

The amount of the Occupational Assault Benefit is shown in the **Coverage Features.**

We will pay an Occupational Assault Benefit if all of the following requirements are met:

1. While Actively At Work you suffer a Loss for which an AD&D Insurance Benefit is payable.

2. The Loss is the result of an act of physical violence against you that is punishable by law and is evidenced by a police report.

**Public Transportation Benefit**

The amount of the Public Transportation Benefit is shown in the **Coverage Features.**

We will pay a Public Transportation Benefit if all of the following requirements are met:

1. You die as a result of an accident for which an AD&D Insurance Benefit is payable for Loss of your life.

2. The accident occurs while you are riding as a fare-paying passenger on Public Transportation.

Public Transportation means a public passenger conveyance operated by a licensed common carrier for the transportation of the general public for a fare and operating on regular passenger routes with a definite schedule of departures and arrivals.

STND 17-03934-000024

G.  Becoming Insured For AD&D Insurance

   1.  Eligibility

      You become eligible for AD&D Insurance on the date your Life Insurance is effective.

   2.  Effective Date

      The **Coverage Features** states whether AD&D Insurance is Contributory or Noncontributory. Subject to the **Active Work Provisions**, AD&D Insurance becomes effective as follows:

      a.  Noncontributory AD&D Insurance

         Noncontributory AD&D Insurance becomes effective on the date you become eligible.

      b.  Contributory AD&D Insurance

         You must apply in writing for Contributory AD&D Insurance and agree to pay premiums. Contributory AD&D Insurance becomes effective on the later of:

         (i)  The date you become eligible if you apply on or before that date.

         (ii) The first day of the calendar month coinciding with or next following the date you apply, if you apply after you become eligible.

H.  When AD&D Insurance Ends

   AD&D Insurance ends automatically on the earlier of:

   1.  The date your Life Insurance ends.

   2.  The date your Waiver Of Premium begins.

   3.  The date AD&D Insurance terminates under the Group Policy.

   4.  The date the last period ends for which a premium was paid for your AD&D Insurance.

   5.  The date your Life Insurance is continued under Continuation During Total Disability. (See item 4.b., When Life Insurance Ends.)

                    (FB NO DEP REQD_FULL XP BEN PKG_ALCOHL EXCL_SEAT AIR COMBO)   LLAD.MO.5

## ACTIVE WORK PROVISIONS

If you are incapable of Active Work because of Sickness, Injury or Pregnancy on the day before the scheduled effective date of your insurance or an increase in your insurance, your insurance or increase will not become effective until the day after you complete one full day of Active Work as an eligible Member.

Active Work and Actively At Work mean performing the material duties of your own occupation at your Employer's usual place of business.  You will also meet the Active Work requirement if:

1.  You were absent from Active Work because of a regularly scheduled day off, holiday, or vacation day;

2.  You were Actively At Work on your last scheduled work day before the date of your absence; and

3.  You were capable of Active Work on the day before the scheduled effective date of your insurance or increase in your insurance.

                                                                        LLAW.OT.1

## CONTINUITY OF COVERAGE

A.  Waiver Of Active Work Requirement

STND 17-03934-000025

If you were insured under the Prior Plan on the day before the effective date of your Employer's coverage under the Group Policy, you can become insured on the effective date of your Employer's coverage without meeting the Active Work requirement.  See **Active Work Provisions.**

B.  Payment Of Benefit

The benefits payable before you meet the Active Work requirement will be:

1.  The benefits which would have been payable under the terms of the Prior Plan if it had remained in force; reduced by

2.  Any benefits payable under the Prior Plan.

LI.CC.MO.1

# PORTABILITY OF INSURANCE

A.  Portability Of Insurance

If your insurance under the Group Policy ends because your employment with your Employer terminates, you may be eligible to buy portable group insurance coverage as shown in the **Coverage Features** for yourself and your Dependents without submitting Evidence Of Insurability. To be eligible you must satisfy the following requirements:

1.  On the date your employment terminates, you must be able to perform with reasonable continuity the material duties of at least one gainful occupation for which you are reasonably fitted by education, training and experience.

(If you are unable to meet this requirement, see the **Right To Convert** and **Waiver Of Premium** provisions for other options that may be available to you under the Group Policy.)

2.  On the date your employment terminates, you are under age 65.

3.  On the date your employment terminates, you must have been continuously insured under the Group Policy for at least 12 consecutive months.  In computing the 12 consecutive month period, we will include time insured under the Prior Plan.

4.  You must apply in writing and pay the first premium directly to us at our Home Office within 31 days after the date your employment terminates.  You must purchase portable group life insurance coverage for yourself in order to purchase any other insurance eligible for portability.

This portable group insurance will be provided under a master Group Life Portability Insurance Policy we have issued to the Standard Insurance Company Group Insurance Trust.  If approved, the certificate you will receive will be governed under the terms of the Group Life Portability Insurance Policy and will contain provisions that differ from your Employer's coverage under the Group Policy.

B.  Amount Of Portable Insurance

The minimum and maximum amounts that you are eligible to buy under the Group Life Portability Insurance Policy are shown in the **Coverage Features.**  You may buy less than the maximum amounts in increments of $1,000.

The combined amounts of insurance purchased under this **Portability Of Insurance** provision and the **Right To Convert** provision cannot exceed the amount in effect under the Group Policy on the day before your employment terminates.

C.  When Portable Insurance Becomes Effective

Portable group insurance will become effective the day after your employment with your Employer terminates, if you apply within 31 days after the date your employment terminates.

STND 17-03934-000026

If death occurs within 31 days after the date insurance ends under the Group Policy, life insurance benefits, if any, will be paid according to the terms of the Group Policy in effect on the date your employment terminates and not the terms of the Group Life Portability Insurance Policy. AD&D benefits, if any, will be paid according to the terms of the Group Policy or the Group Life Portability Insurance Policy, but not both. In no event will the benefits paid exceed the amount in effect under the Group Policy on the day before your employment terminates.

**(WITH DL REF_WITH ADAD REF)    LI.TP.OT.1**

## WAIVER OF PREMIUM

A.  Waiver Of Premium Benefit

Insurance will be continued without payment of premiums while you are Totally Disabled if:

1.  You become Totally Disabled while insured under the Group Policy and under age 60;

2.  You complete your Waiting Period; and

3.  You give us satisfactory Proof Of Loss.

We may have you examined at our expense at reasonable intervals. Any such examination will be conducted by specialists of our choice.

B.  Definitions For Waiver Of Premium

1.  Insurance means all your insurance under the Group Policy, except AD&D Insurance.

2.  Waiting Period means the 180 consecutive day period beginning on the date you become Totally Disabled. Waiver Of Premium begins when you complete the Waiting Period.

C.  Premium Payment

Premium payment must continue until the later of:

1.  The date you complete your Waiting Period; and

2.  The date we approve your claim for Waiver Of Premium.

D.  Refund Of Premiums

We will refund up to 12 months of the premiums that were paid for Insurance after the date you become Totally Disabled.

E.  Amount Of Insurance

The amount of Insurance eligible for Waiver Of Premium is the amount in effect on the day before you become Totally Disabled. However, the following will apply:

1.  Insurance will be reduced or terminated according to the Group Policy provisions in effect on the day before you become Totally Disabled.

2.  If you become insured under a group life insurance plan that replaces the Group Policy while you are eligible for Waiver Of Premium, any death benefit payable under the Group Policy will be reduced by the amount payable under the replacement group life insurance plan.

3.  If you receive an Accelerated Benefit, Insurance will be reduced according to the **Accelerated Benefit** provision.

4.  The amount of Supplemental Life Insurance on your Spouse will be the lesser of:

a.  The amount in effect on the day before you become Totally Disabled; and

b.  The amount in effect one year before the date you become Totally Disabled.

STND 17-03934-000027

F.  Effect Of Death During The Waiting Period

If you die during the Waiting Period and are otherwise eligible for Waiver Of Premium, the Waiting Period will be waived.

G.  Termination Or Amendment Of The Group Policy

Insurance will not be affected by termination or amendment of the Group Policy after you become Totally Disabled.

H.  When Waiver Of Premium Ends

Waiver Of Premium ends on the earliest of:

1.  The date you cease to be Totally Disabled;

2.  90 days after the date we mail you a request for additional Proof Of Loss, if it is not given;

3.  The date you fail to attend an examination or cooperate with the examiner;

4.  With respect to the amount of Insurance which an insured has converted, the effective date of the individual life insurance policy issued to the insured; and

5.  The date you reach age 65.

(PLIG 60_TERMS 65)    LLWP.MO.2

## ACCELERATED BENEFIT

A.  Accelerated Benefit

If you qualify for Waiver Of Premium and give us satisfactory proof of having a Qualifying Medical Condition while you are insured under the Group Policy, you may have the right to receive during your lifetime a portion of your Insurance as an Accelerated Benefit.  You must have at least $10,000 of Insurance in effect to be eligible.

If your Insurance is scheduled to end within 24 months following the date you apply for the Accelerated Benefit, you will not be eligible for the Accelerated Benefit.

Qualifying Medical Condition means you are terminally ill as a result of an illness or physical condition which is reasonably expected to result in death within 12 months.

We may have you examined at our expense in connection with your claim for an Accelerated Benefit.  Any such examination will be conducted by one or more Physicians of our choice.

B.  Application For Accelerated Benefit

You must apply for an Accelerated Benefit.  To apply you must give us satisfactory Proof Of Loss on our forms.  Proof Of Loss must include a statement from a Physician that you have a Qualifying Medical Condition.

C.  Amount Of Accelerated Benefit

You may receive an Accelerated Benefit of up to 75% of your Insurance.  The maximum Accelerated Benefit is $500,000.  The minimum Accelerated Benefit is $5,000 or 10% of your Insurance, whichever is greater.

If the amount of your Insurance is scheduled to reduce within 24 months following the date you apply for the Accelerated Benefit, your Accelerated Benefit will be based on the reduced amount.

The Accelerated Benefit will be paid to you once in your lifetime in a lump sum.  If you recover from your Qualifying Medical Condition after receiving an Accelerated Benefit, we will not ask you for a refund.

D.  Effect On Insurance And Other Benefits

STND 17-03934-000028

For any purpose other than premium payment, the amount of your Insurance after payment of the Accelerated Benefit will be the greater of the amounts in (1) and (2) below; however, if you assign your rights under the Group Policy, the amount of your Insurance will be the amount in (2) below.

(1)  10% of the amount of your Insurance as if no Accelerated Benefit had been paid; or

(2)  The amount of your Insurance as if no Accelerated Benefit had been paid; minus

The amount of the Accelerated Benefit; minus

An interest charge calculated as follows:

A times B times C divided by 365 = interest charge.

A = The amount of the Accelerated Benefit.

B = The monthly average of our variable policy loan interest rate.

C = The number of days from payment of the Accelerated Benefit to the earlier of (1) the date you die, and (2) the date you have a Right To Convert.

The amount of your AD&D Insurance, if any, is not affected by payment of the Accelerated Benefit. AD&D is not continued under Waiver Of Premium.

Note:   If you assign your rights under the Group Policy, the amount of your Insurance after payment of the Accelerated Benefit will be the amount in (2) above.

E.  Exclusions

No Accelerated Benefit will be paid if:

1.  All or part of your Insurance must be paid to your Child(ren), or your Spouse or former Spouse as part of a court approved divorce decree, separate maintenance agreement, or property settlement agreement.

2.  You are married and live in a community property state unless you give us a signed written consent from your Spouse.

3.  You have made an assignment of all or part of your Insurance unless you give us a signed written consent from the assignee.

4.  You have filed for bankruptcy, unless you give us written approval from the Bankruptcy Court for payment of the Accelerated Benefit.

5.  You are required by a government agency to use the Accelerated Benefit to apply for, receive, or continue a government benefit or entitlement.

6.  You have previously received an Accelerated Benefit under the Group Policy.

F.  Definitions For Accelerated Benefit

Insurance means your Life Insurance Benefit and Supplemental Life Insurance Benefit, if any, under the Group Policy.

LLAB.OT.5

# RIGHT TO CONVERT

A.  Right To Convert

You may buy an individual policy of life insurance without Evidence Of Insurability if:

1.  Your Insurance ends or is reduced due to a Qualifying Event; and

2.  You apply in writing and pay us the first premium during the Conversion Period.

STND 17-03934-000029

Except as limited under C. Limits On Right To Convert, the maximum amount you have a Right To Convert is the amount of your Insurance which ended.

B. **Definitions For Right To Convert**

1. Conversion Period means the 31-day period after the date of any Qualifying Event.

2. Insurance means all your insurance under the Group Policy, including insurance continued under Waiver Of Premium, but excluding AD&D Insurance.

3. Qualifying Event means termination or reduction of your Insurance for any reason except:

   a. The Member's failure to make a required premium contribution.

   b. Payment of an Accelerated Benefit.

4. You and your mean any person insured under the Group Policy.

C. **Limits On Right To Convert**

If your Insurance ends or is reduced because of termination or amendment of the Group Policy, 1 and 2 below will apply.

1. You may not convert Insurance which has been in effect for less than the Minimum Time Insured. See **Coverage Features.**

2. The maximum amount you have a Right To Convert is the lesser of:

   a. The amount of your Insurance which ended, minus any other group life insurance for which you become eligible during the Conversion Period; and

   b. The Maximum Conversion Amount. See **Coverage Features.**

D. **The Individual Policy**

You may select any form of individual life insurance policy we issue to persons of your age, except:

1. A term insurance policy;

2. A universal life policy;

3. A policy with disability, accidental death, or other additional benefits; or

4. A policy in an amount less than the minimum amount we issue for the form of life insurance you select.

The individual policy of life insurance will become effective on the day after the end of the Conversion Period. We will use our published rates for standard risks to determine the premium.

E. **Death During The Conversion Period**

If you die during the Conversion Period, we will pay a death benefit equal to the maximum amount you had a Right To Convert, whether or not you applied for an individual policy. The benefit will be paid according to the **Benefit Payment And Beneficiary Provisions.**

LI.RC.OT.1

## CLAIMS

A. **Filing A Claim**

Claims should be filed on our forms. If we do not provide our forms within 15 days after they are requested, the claim may be submitted in a letter to us.

B. **Time Limits On Filing Proof Of Loss**

STND 17-03934-000030

Proof Of Loss must be provided within 90 days after the date of the loss. If that is not possible, it must be provided as soon as reasonably possible, but not later than one year after that 90-day period.

Proof Of Loss for Waiver Of Premium must be provided within 12 months after the end of the Waiting Period. We will require further Proof Of Loss at reasonable intervals, but not more often than once a year after you have been continuously Totally Disabled for two years.

If Proof Of Loss is filed outside these time limits, the claim will be denied. These limits will not apply while the Member or Beneficiary lacks legal capacity.

C. Proof Of Loss

Proof Of Loss means written proof that a loss occurred:

1. For which the Group Policy provides benefits;

2. Which is not subject to any exclusions; and

3. Which meets all other conditions for benefits.

Proof Of Loss includes any other information we may reasonably require in support of a claim. Proof Of Loss must be in writing and must be provided at the expense of the claimant. No benefits will be provided until we receive Proof Of Loss satisfactory to us.

D. Investigation Of Claim

We may have you examined at our expense at reasonable intervals. Any such examination will be conducted by specialists of our choice.

We may have an autopsy performed at our expense, except where prohibited by law.

E. Time Of Payment

We will pay benefits within 60 days after Proof Of Loss is satisfied.

F. Notice Of Decision On Claim

We will evaluate a claim for benefits promptly after we receive it. With respect to all claims except Waiver Of Premium claims (or other benefits based on disability), within 90 days after we receive the claim we will send the claimant: (a) a written decision on the claim; or (b) a notice that we are extending the period to decide the claim for an additional 90 days.

With respect to Waiver Of Premium claims (or other benefits based on disability), within 45 days after we receive the claim we will send the claimant: (a) a written decision on the claim; or (b) a notice that we are extending the period to decide the claim for 30 days. Before the end of this extension period we will send the claimant: (a) a written decision on the Waiver Of Premium claim (or other benefits based on disability); or (b) a notice that we are extending the period to decide the claim for an additional 30 days. If an extension is due to the claimant's failure to provide information necessary to decide the Waiver Of Premium claim (or other benefits based on disability), the extended time period for deciding the claim will not begin until the claimant provides the information or otherwise responds.

If we extend the period to decide the claim, we will notify the claimant of the following: (a) the reasons for the extension; (b) when we expect to decide the claim; (c) an explanation of the standards on which entitlement to benefits is based; (d) the unresolved issues preventing a decision; and (e) any additional information we need to resolve those issues.

If we request additional information, the claimant will have 45 days to provide the information. If the claimant does not provide the requested information within 45 days, we may decide the claim based on the information we have received.

STND 17-03934-000031

If we deny any part of the claim, we will send the claimant a written notice of denial containing:

1. The reasons for our decision.

2. Reference to the parts of the Group Policy on which our decision is based.

3. Reference to any internal rule or guideline relied upon in deciding a Waiver Of Premium claim (or other benefits based on disability).

4. A description of any additional information needed to support the claim.

5. Information concerning the claimant's right to a review of our decision.

6. Information concerning the right to bring a civil action for benefits under section 502(a) of ERISA if the claim is denied on review.

G. **Review Procedure**

If all or part of a claim is denied, the claimant may request a review. The claimant must request a review in writing:

1. Within 180 days after receiving notice of the denial of a claim for Waiver Of Premium (or other benefits based on disability);

2. Within 60 days after receiving notice of the denial of any other claim.

The claimant may send us written comments or other items to support the claim. The claimant may review and receive copies of any non-privileged information that is relevant to the request for review. There will be no charge for such copies. Our review will include any written comments or other items the claimant submits to support the claim.

We will review the claim promptly after we receive the request. With respect to all claims except Waiver Of Premium claims (or other benefits based on disability), within 60 days after we receive the request for review we will send the claimant: (a) a written decision on review; or (b) a notice that we are extending the review period for 60 days.

With respect to Waiver Of Premium claims (or other benefits based on disability), within 45 days after we receive the request for review we will send the claimant: (a) a written decision on review; or (b) a notice that we are extending the review period for 45 days.

If an extension is due to the claimant's failure to provide information necessary to decide the claim on review, the extended time period for review of the claim will not begin until the claimant provides the information or otherwise responds.

If we extend the review period, we will notify the claimant of the following: (a) the reasons for the extension; (b) when we expect to decide the claim on review; and (c) any additional information we need to decide the claim.

If we request additional information, the claimant will have 45 days to provide the information. If the claimant does not provide the requested information within 45 days, we may conclude our review of the claim based on the information we have received.

With respect to Waiver Of Premium claims (or other benefits based on disability), the person conducting the review will be someone other than the person who denied the claim and will not be subordinate to that person. The person conducting the review will not give deference to the initial denial decision. If the denial was based on a medical judgement, the person conducting the review will consult with a qualified health care professional. This health care professional will be someone other than the person who made the original medical judgement and will not be subordinate to that person. The claimant may request the names of medical or vocational experts who provided advice to us about a claim for Waiver Of Premium (or other benefits based on disability).

If we deny any part of the claim on review, the claimant will receive a written notice of denial containing:

STND 17-03934-000032

1. The reasons for our decision.

2. Reference to the parts of the Group Policy on which our decision is based.

3. Reference to any internal rule or guideline relied upon in deciding a Waiver Of Premium claim (or other benefits based on disability).

4. Information concerning the claimant's right to receive, free of charge, copies of non-privileged documents and records relevant to the claim.

5. Information concerning the right to bring a civil action for benefits under section 502(a) of ERISA.

The Group Policy does not provide voluntary alternative dispute resolution options. However, you may contact your local U.S. Department of Labor Office and your State insurance regulatory agency for assistance.

(2ND REV PRIV WRDG_NEW WOP WRDG)    LL.CL.OT.5

## ASSIGNMENT

The rights and benefits under the Group Policy cannot be assigned.

LL.AS.OT.1

## BENEFIT PAYMENT AND BENEFICIARY PROVISIONS

A.  Payment Of Benefits

1. Except as provided in Item 6 below, benefits payable because of your death will be paid to the Beneficiary you name.  See B through E of this section.

2. AD&D Insurance benefits payable for Losses other than Loss of Life will be paid to the person who suffers the Loss for which benefits are payable. Any such benefits remaining unpaid at that person's death will be paid according to the provisions for payment of a death benefit.

3. The benefits below will be paid to you if you are living.

   a.  AD&D Insurance benefits payable because of the death of your Dependent.

   b.  Dependents Life Insurance benefits.

   c.  Supplemental Life Insurance benefits payable because of the death of your Spouse.

   d.  Accelerated Benefits.

4. Dependents Life Insurance benefits and AD&D Insurance benefits payable because of the death of your Dependent which are unpaid at your death will be paid in equal shares to the first surviving class of the classes below.

   a.  The children of the Dependent.

   b.  The parents of the Dependent.

   c.  The brothers and sisters of the Dependent.

   d.  Your estate.

5. Supplemental Life Insurance benefits payable because of the death of your Spouse which are unpaid at your death will be paid in equal shares to the first surviving class of the classes below.

   a.  The children of your Spouse.

   b.  The parents of your Spouse.

STND 17-03934-000033

    c.  The brothers and sisters of your Spouse.

    d.  Your estate.

6.  Additional Benefits will be paid as follows:

The Child Care Benefit will be paid to your surviving Spouse. No Child Care Benefit will be paid if you have no Spouse.

The Career Adjustment Benefit will be paid to your Spouse. No Career Adjustment Benefit will be paid if you have no Spouse.

The Higher Education Benefit will be paid to each eligible Child. No Higher Education Benefit will be paid if there is no Child eligible to receive it.

The Repatriation Benefit will be paid to the person who incurs the transportation expenses.

B.  Naming A Beneficiary

Beneficiary means a person you name to receive death benefits.  You may name one or more Beneficiaries.

If you name two or more Beneficiaries in a class:

1.  Two or more surviving Beneficiaries will share equally, unless you provide for unequal shares.

2.  If you provide for unequal shares in a class, and two or more Beneficiaries in that class survive, we will pay each surviving Beneficiary his or her designated share.  Unless you provide otherwise, we will then pay the share(s) otherwise due to any deceased Beneficiary(ies) to the surviving Beneficiaries pro rata based on the relationship that the designated percentage or fractional share of each surviving Beneficiary bears to the total shares of all surviving Beneficiaries.

3.  If only one Beneficiary in a class survives, we will pay the total death benefits to that Beneficiary.

You may name or change Beneficiaries at any time without the consent of a Beneficiary.

Your Beneficiary designation must be the same for Life Insurance and AD&D Insurance death benefits.  Your Beneficiary designations for Life Insurance and your Supplemental Life Insurance may be different.

You may name or change Beneficiaries in writing.  Writing includes a form signed by you; or a verification from us, or our designated agent, the Policyholder, the Policyholder's designated agent, the Employer, or the Employer's designated agent of an electronic or telephonic designation made by you.

Your designation:

1.  Must be dated;

2.  Must be delivered to us, our designated agent, the Policyholder, the Policyholder's designated agent, the Employer, or the Employer's designated agent; during your lifetime.

3.  Must relate to the insurance provided under the Group Policy; and

4.  Will take effect on the date it is delivered or, if a telephonic or electronic designation, verified by us, our designated agent, the Policyholder, the Policyholder's designated agent, the Employer, or the Employer's designated agent.

If we approve it, a designation, which meets the requirements of a Prior Plan, will be accepted as your Beneficiary designation under the Group Policy.

C.  Simultaneous Death Provision

STND 17-03934-000034

If a Beneficiary or a person in one of the classes listed in item D. No Surviving Beneficiary dies on the same day you die, or within 15 days thereafter, benefits will be paid as if that Beneficiary or person had died before you, unless Proof Of Loss with respect to your death is delivered to us before the date of the Beneficiary's death.

D.  **No Surviving Beneficiary**

If you do not name a Beneficiary, or if you are not survived by one, benefits will be paid in equal shares to the first surviving class of the classes below.

1.  Your Spouse.  (See **Definitions**)

2.  Your children.

3.  Your parents.

4.  Your brothers and sisters.

5.  Your estate.

E.  **Methods Of Payment**

Recipient means a person who is entitled to benefits under this **Benefit Payment and Beneficiary Provisions** section.

1.  **Lump Sum**

If the amount payable to a Recipient is less than $25,000, we will pay it in a lump sum.

2.  **Standard Secure Access Checking Account**

If the amount payable to a Recipient is $25,000, or more, we will deposit it into a Standard Secure Access checking account which:

a.  Bears interest at a rate equal to the 13-week Treasury Bill (T-Bill) auction rate, but not to exceed 5%;

b.  Is owned by the Recipient;

c.  Is subject to the terms and conditions of a confirmation certificate which will be given to the Recipient; and

d.  Is fully guaranteed by us.

3.  **Installments**

Payment to a Recipient may be made in installments if:

a.  The amount payable is $25,000 or more;

b.  The Recipient chooses; and

c.  We agree.

To the extent permitted by law, the amount payable to the Recipient will not be subject to any legal process or to the claims of any creditor or creditor's representative.

(FB_REPAT_ELECT/TEL DESIG_WITH DEF SP_WITH REV SSA_SPOUSE DEF TERM_THIRD PARTY DESIG)    LI.BB.OT.6

## ALLOCATION OF AUTHORITY

Except for those functions which the Group Policy specifically reserves to the Policyholder, we have full and exclusive authority to control and manage the Group Policy, to administer claims, and to interpret the Group Policy and resolve all questions arising in the administration, interpretation, and application of the Group Policy.  However, this provision will not restrict any right you may have to file a lawsuit if your claim for benefits is denied or ignored.

STND 17-03934-000035

Our authority includes, but is not limited to:

1. The right to resolve all matters when a review has been requested;

2. The right to establish and enforce rules and procedures for the administration of the Group Policy and any claim under it;

3. The right to determine:

    a. Eligibility for insurance;

    b. Entitlement to benefits;

    c. Amount of benefits payable;

    d. Sufficiency and the amount of information we may reasonably require to determine a., b., or c., above.

Subject to the review procedures of the Group Policy any decision we make in the exercise of our authority is conclusive and binding.

LL.AL.MO.2

## TIME LIMITS ON LEGAL ACTIONS

No action at law or in equity may be brought until 60 days after we have been given Proof Of Loss. No such action may be brought more than ten years after the earlier of:

1. The date we receive Proof Of Loss; and

2. The time within which Proof Of Loss is required to be given.

LL.TL.MO.1

## INCONTESTABILITY PROVISIONS

A. Incontestability Of Insurance

Any statement made to obtain or to increase insurance is a representation and not a warranty.

No misrepresentation will be used to reduce or deny a claim unless:

1. The insurance would not have been approved if we had known the truth; and

2. We have given you or any other person claiming benefits a copy of the signed written instrument which contains the misrepresentation.

We will not use a misrepresentation to reduce or deny a claim after the insured's insurance has been in effect for two years during the lifetime of the insured.

B. Incontestability Of Group Policy

Any statement made by the Policyholder or Employer to obtain the Group Policy is a representation and not a warranty.

No misrepresentation by the Policyholder or Employer will be used to deny a claim or to deny the validity of the Group Policy unless:

1. The Group Policy would not have been issued if we had known the truth; and

2. We have given the Policyholder or Employer a copy of a written instrument signed by the Policyholder or Employer which contains the misrepresentation.

STND 17-03934-000036

The validity of the Group Policy will not be contested after it has been in force for two years, except for nonpayment of premiums.

LLIN.OT.2

## CLERICAL ERROR AND MISSTATEMENT

A. Clerical Error

Clerical error by the Policyholder, your Employer, or their respective employees or representatives will not:

1. Cause a person to become insured;

2. Invalidate insurance under the Group Policy otherwise validly in force; or

3. Continue insurance under the Group Policy otherwise validly terminated.

B. The Policyholder and your Employer act on their own behalf as your agent, and not as our agent.

C. Misstatement Of Age

If a person's age has been misstated, we will make an equitable adjustment of premiums, benefits, or both. The adjustment will be based on:

1. The amount of insurance based on the correct age; and

2. The difference between the premiums paid and the premiums which would have been paid if the age had been correctly stated.

LLCE.OT.2

## TERMINATION OR AMENDMENT OF THE GROUP POLICY

The Group Policy may be terminated by us or the Policyholder according to its terms. It will terminate automatically for nonpayment of premium. The Policyholder may terminate the Group Policy in whole, and may terminate insurance for any class or group of Members, at any time by giving us written notice.

Benefits under the Group Policy are limited to its terms, including any valid amendment. No change or amendment will be valid unless it is approved in writing by one of our executive officers and given to the Policyholder for attachment to the Group Policy. If the terms of the Certificate differ from the Group Policy, the terms stated in the Group Policy will govern. The Policyholder, your Employer, and their respective employees or representatives have no right or authority to change or amend the Group Policy or to waive any of its terms or provisions without our signed written approval.

We may change the Group Policy in whole or in part when any change or clarification in law or governmental regulation affects our obligations under the Group Policy, or with the Policyholder's consent.

Any such change or amendment of the Group Policy may apply to current or future Members or to any separate classes or groups thereof.

LLTA.OT.1

## DEFINITIONS

AD&D Insurance means accidental death and dismemberment insurance, if any, under the Group Policy.

Annual Earnings means your annual rate of earnings from your Employer. Your Annual Earnings will be based on your earnings in effect on your last full day of Active Work unless a different date applies (see the **Coverage Features**).

STND 17-03934-000037

A. Partners, P.C. Partners, L.L.C. Owner-Employees, Sole Proprietors and S-Corporation Shareholders

If you are a Partner, L.L.C. Owner-Employee, Sole Proprietor or S-Corporation Shareholder, Annual Earnings means your annual compensation from the Policyholder during the Policyholder's prior tax year. If you are a P.C. Partner, Annual Earnings means your annual compensation received by your professional corporation from the Policyholder during the Policyholder's prior tax year. Your annual compensation is determined by adding the following amounts as reported on the applicable Schedule K-1, Schedule C, Form W-2 or S-Corporation federal income tax return:

1. Your ordinary income (loss) from trade or business activity(ies).

2. Your guaranteed payments, if you are a Partner.

3. Your net profit from business.

4. Your compensation (as an officer), salary, or wages, if you are an S-Corporation Shareholder.

If you were not a Partner, P.C. Partner, L.L.C. Owner-Employee, Sole Proprietor or S-Corporation Shareholder during the entire prior tax year, your Annual Earnings will be 12 times your average monthly compensation for your period as a Partner, P.C. Partner, L.L.C. Owner-Employee, Sole Proprietor or S-Corporation Shareholder.

B. All Other Members

**Class 1:** Annual Earnings includes commissions averaged over the Earnings Period shown in the **Coverage Features** or over the period of your employment if less than the Earnings Period.

Annual Earnings does not include:

1. Bonuses.

2. Overtime pay.

3. Shift differential pay.

4. Any other extra compensation.

**Class 2, 3, 4, 5, and 6:**

Annual Earnings does not include:

1. Bonuses.

2. Commissions

3. Overtime pay.

4. Shift differential pay.

5. Any other extra compensation.

C. All Members

Annual Earnings includes:

1. Contributions you make through a salary reduction agreement with your Employer to:

   a. An Internal Revenue Code (IRC) Section 401(k), 403(b), 408(k), or 457 deferred compensation arrangement; or

   b. An executive nonqualified deferred compensation arrangement.

2. Amounts contributed to your fringe benefits according to a salary reduction agreement under an IRC Section 125 plan.

Annual Earnings does not include:

STND 17-03934-000038

1. Your Employer's contributions on your behalf to any deferred compensation arrangement or pension plan; or

2. Stock options or stock bonuses.

Child means:

1. Your child from live birth through age 25; or

2. Your child who meets either of the following requirements:

   a. The child is insured under the Group Policy and, on and after the date on which insurance would otherwise end because of the Child's age, is continuously Disabled.

   b. The child was insured under the Prior Plan on the day before the effective date of your Employer's coverage under the Group Policy and was Disabled on that day, and is continuously Disabled thereafter.

Child includes any of the following, if they otherwise meet the definition of Child:

   i. Your adopted child; or

   ii. Your stepchild, if living in your home.

Your child is Disabled if your child is:

1. Continuously incapable of self-sustaining employment because of mental retardation or physical handicap; and

2. Chiefly dependent upon you for support and maintenance, or institutionalized because of mental retardation or physical handicap.

You must give us proof your Child is Disabled on our forms within 31 days after a) the date on which insurance would otherwise end because of the Child's age or b) the effective date of your Employer's coverage under the Group Policy if your child is Disabled on that date. At reasonable intervals thereafter, we may require further proof, and have your Child examined at our expense.

Contributory means you pay all or part of the premium for insurance.

Dependents Life Insurance means dependents life insurance, if any, under the Group Policy.

Eligibility Waiting Period means the period you must be a Member before you become eligible for insurance. See **Coverage Features**.

Evidence Of Insurability means an applicant must:

1. Complete and sign our medical history statement;

2. Sign our form authorizing us to obtain information about the applicant's health;

3. Undergo a physical examination, if required by us, which may include blood testing; and

4. Provide any additional information about the applicant's insurability that we may reasonably require.

Group Policy means the group life insurance policy issued by us to the Policyholder and identified by the Group Policy Number.

Injury means an injury to your body.

Life Insurance means life insurance under the Group Policy.

L.L.C. Owner-Employee means an individual who owns an equity interest in an Employer and is actively employed in the conduct of the Employer's business.

Noncontributory means the Policyholder or Employer pays the entire premium for insurance.

STND 17-03934-000039

P.C. Partner means the sole active employee and majority shareholder of a professional corporation in partnership with the Policyholder.

Physician means a licensed M.D. or D.O., acting within the scope of the license. Physician does not include you or your spouse, or the brother, sister, parent or child of either you or your spouse.

Pregnancy means your pregnancy, childbirth, or related medical conditions, including complications of pregnancy.

Prior Plan means your Employer's group life insurance plan in effect on the day before the effective date of your Employer's coverage under the Group Policy and which is replaced by the Group Policy.

Sickness means your sickness, illness, or disease.

Spouse means a person to whom you are legally married. However, for purposes of insurance under the Group Policy, Spouse does not include a person who is a full-time member of the armed forces of any country or a person from whom you are divorced.

Supplemental Life Insurance means supplemental life insurance, if any, under the Group Policy.

Totally Disabled means that, as a result of Sickness, accidental Injury, or Pregnancy, you are unable to perform the material duties of any occupation for which you are reasonably fitted by education, training and experience.

(X1_BASE_WITH COM_NO STOCK_WITH STAT TOT DIS_WITH STAT TOT DIS)   LLDP.MO.5X

## POLICYHOLDER PROVISIONS

A. Premiums

The premium due on each Premium Due Date is the sum of the premiums for all persons then insured. Premium Rates are shown in the **Coverage Features**.

B. Contributions From Members

The Policyholder determines the amount, if any, of each Member's contribution toward the cost of insurance under the Group Policy.

C. Changes In Premium Rates

We may change Premium Rates for Supplemental Life Insurance upon 31 days written notice, but not more often than once in any calendar year.

We may change any other Premium Rates when:

1. A change or clarification in law or governmental regulation affects the amount payable under the Group Policy. Any such change in Premium Rates will reflect only the change in our obligations; or

2. Factors material to underwriting the risk we assumed under the Group Policy, including, but not limited to, number of persons insured, age, Annual Earnings, gender and occupational classification, change by 25% or more; or

3. We and the Policyholder mutually agree to change Premium Rates.

Except as provided above, Premium Rates will not be changed during the Initial Rate Guarantee Period shown in the **Coverage Features**. Thereafter, except as provided above, we may change Premium Rates upon advance written notice to the Policyholder. The minimum advance notice is shown in the **Coverage Features** as Notice of Rate Change. Any such change in Premium Rates may be made effective on any Premium Due Date, but no such change will be made more than once in any contract year. Contract years are successive 12 month periods computed from the end of the Initial Rate Guarantee Period.

D. Payment Of Premiums

STND 17-03934-000040

All premiums are due on the Premium Due Dates shown in the **Coverage Features**.

Each premium is payable on or before its Premium Due Date directly to us at our home office. The payment of each premium as it becomes due will maintain the Group Policy in force until the next Premium Due Date.

E. Grace Period And Termination For Nonpayment

If a premium is not paid on or before its Premium Due Date, it may be paid during the following Grace Period. The length of the Grace Period is shown in the **Coverage Features**. The Group Policy will remain in force during the Grace Period.

If the premium is not paid during the Grace Period, the Group Policy will terminate automatically at the end of the Grace Period.

The Policyholder is liable for premium for insurance under the Group Policy during the Grace Period. We may charge interest at the legal rate for any premium which is not paid during the Grace Period, beginning with the first day after the Grace Period.

F. Termination For Other Reasons

The Policyholder may terminate the Group Policy by giving us written notice. The effective date of termination will be the later of:

1. The date stated in the notice; and

2. The date we receive the notice.

We may terminate the Group Policy as follows:

1. On any Premium Due Date if the number of persons insured is less than the Minimum Participation shown in the **Coverage Features**.

2. On any Premium Due Date if we determine that the Policyholder has failed to promptly furnish any necessary information requested by us, or has failed to perform any other obligations relating to the Group Policy.

The minimum advance notice of such termination by us is the same as the Notice of Rate Change stated in the **Coverage Features**.

G. Premium Adjustments

Premium adjustments involving a return of unearned premiums to the Policyholder will be limited to the 12 months just before the date we receive a request for premium adjustment.

H. Certificates

We will issue certificates to the Policyholder showing the coverage under the Group Policy. The Policyholder will distribute a certificate to each insured Member. If the terms of the Certificate differ from the Group Policy, the terms stated in the Group Policy will govern.

I. Records And Reports

The Policyholder or Employer will furnish on our forms all information reasonably necessary to administer the Group Policy. We have the right at all reasonable times to inspect the payroll and other records of the Policyholder or Employer which relate to insurance under the Group Policy.

J. Agency And Release

Individuals selected by the Policyholder or by any Employer to secure coverage under the Group Policy or to perform their administrative function under it, represent and act on behalf of the person selecting them, and do not represent or act on behalf of Standard Insurance Company. The Policyholder, Employer and such individuals have no authority to alter, expand or extend our liability or to waive, modify or compromise any defense or right we may have under the Group Policy. The Policyholder and each Employer hereby release, hold harmless and indemnify

STND 17-03934-000041

Standard Insurance Company from any liability arising from or related to any negligence, error, omission, misrepresentation or dishonesty of any of them or their representatives, agents or employees.

**K. Notice Of Suit**

The Policyholder or Employer shall promptly give us written notice of any lawsuit or other legal proceedings arising under the Group Policy.

**L. Entire Contract, Changes**

The Group Policy and the application of the Policyholder constitute the entire contract between the parties. A copy of the Policyholder's application is attached to the Group Policy when issued.

The Group Policy may be changed in whole or in part. No change in the Group Policy will be valid unless it is approved in writing by one of our executive officers and given to the Policyholder for attachment to the Group Policy. No agent has authority to change the Group Policy or to waive any of its provisions.

**M. Effect On Workers' Compensation, State Disability Insurance**

The coverage provided under the Group Policy is not a substitute for coverage under a workers' compensation or state disability income benefit law and does not relieve the Employer of any obligation to provide such coverage.

(NO DIV)    LLPH.OT.4

ALI99X

STND 17-03934-000042

**Standard Insurance Company**

The Standard Claims Processing
PO Box 421   Bedminster NJ 07921   800.628.8600 Tel   908.325.0362 Fax

**Waiver of Premium
Beneficiary Designation/Change**

This designation will apply to the following Standard Insurance Company coverage(s) if available to you through your Employer: Life Insurance, Life with Accidental Death & Dismemberment (AD&D) Insurance and, unless specified otherwise on a separate sheet of paper, Supplemental Life Insurance.

Designations made below, or on a separate sheet of paper, are not valid unless signed, dated, and delivered to the Employer during your lifetime. However, while we are administering your Waiver of Premium claim, your completed beneficiary designation should be delivered to The Standard.

Sign and date the completed form and return it to The Standard at the address above.

## MEMBER/EMPLOYEE INFORMATION

| Your Name (Last, First, Middle) | Social Security No. |
|---|---|
| Lightfoot, Cedric Devon | ▮▮▮▮▮ |

| Your Address | City | State | Zip |
|---|---|---|---|
| 5606 West Short 4th | Pine Bluff | AR | 71602 |

| Group Name | Group No. |
|---|---|
| | |

## BENEFICIARY INFORMATION

- Your designation revokes all prior designations.
- Benefits are payable to a contingent Beneficiary only if you are not survived by one or more primary Beneficiaries.
- If you name two or more Beneficiaries in a class (primary or contingent), two or more surviving Beneficiaries will share equally, unless you provide for unequal shares.
- If a minor (a person not of legal age) or your estate is the Beneficiary, it may be necessary to have a guardian or a legal representative appointed by the court before any death benefit can be paid. If the Beneficiary is a trust or trustee, the written trust must be identified in the Beneficiary designation. For example, "Dorothy Q. Smith, Trustee under the trust agreement dated _____."
- A power of attorney must grant specific authority, by the terms of the document or applicable law, to make or change a Beneficiary designation. If you have questions, consult your legal advisor.
- Dependents Insurance and Supplemental Life Insurance on your Spouse, if any, is payable to you, if living, or as provided under your Employer's coverage under the Group Policy.
- If you complete the "% of Benefit" box(es), the amounts should add up to 100% for each class (primary or contingent). For example, "Primary–John Q. Doe, 60%; Jane Q. Doe, 40%."

| Primary – Full Name | Address | Soc. Sec. No. | Relationship | % of Benefit |
|---|---|---|---|---|
| Laronica Conner | ▮▮▮ West Short 4th Pine Bluff AR 71601 | ▮▮▮▮ | Best Friend | 100 |
| | | | | |
| | | | | |

| Contingent – Full Name | Address | Soc. Sec. No. | Relationship | % of Benefit |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| Signature of Member/Employee | Date |
|---|---|
| Cedric Lightfoot | 6-14-17 |

SI 13208

DES:9
6-14-17

(6/16)

**Standard Insurance Company**  **Enrollment and Change**

## To Be Completed By Human Resources

| Group Number **159328** | Division | Billing Category | Date of Employment **09/21/2014** |

## To Be Completed By Applicant
☐ Apply for Coverage  ☒ Beneficiary Change *Complete Beneficiary Section below.*  ☐ Name Change
☐ Add or ☐ Delete Dependent   Date of add/delete _____

| Your Name (Last, First, Middle) **Lightfoot, Cedric D** | Your Social Security Number  **-7390** | Birth Date ▮▮▮ | ☒ Male ☐ Female |
| Your Address **#1 Southern Pines Cove** | | City **Pine Bluff** | State **AR** | ZIP **71603** |
| Former Name (Last, First, Middle) *Complete only if name change* | | Phone Number | | |

| Employer Name **Wagner Industries, Inc. dba Wagner Logistics** | Job Title/Occupation **Truck Driver- Local** |
| Hours Worked Per Week | Earnings $_____  Per: ☐ Hour ☐ Week ☐ Month ☐ Year |

**Coverage** *Check with your Human Resources Department about coverage options available to you and Evidence Of Insurability requirements.*

**Life Insurance**
☒ Basic Life with AD&D (Employer Paid)
☐ Additional Life requested amount $_____

**Dependents Life Insurance**
☐ Spouse Life requested amount $_____
*You may choose one of the following options for your child(ren):*
☐ Child(ren) Life $2,500
☐ Child(ren) Life $5,000
☐ Child(ren) Life $7,500
☐ Child(ren) Life $10,000

**Long Term Disability**
☒ Employer Paid LTD

**Beneficiary** *This designation applies to Life/Life with AD&D Insurance available through your Employer, if any. Designations are not valid unless signed, dated, and delivered to the Employer during your lifetime. See page 2 for further information.*

| Primary – Full Name | Address | Soc. Sec. No. | Relationship | % of Benefit |
|---|---|---|---|---|
| Latesea Lightfoot | ▮▮ Forest Dr. | ▮▮▮▮ | daughter | 100 |
| | | | | |

| Contingent – Full Name | Address | Soc. Sec. No. | Relationship | % of Benefit |
|---|---|---|---|---|
| | | | | |
| | | | | |

**Signature** I wish to make the choices indicated on this form. If electing coverage, I authorize deductions from my wages to cover my contribution, if required, toward the cost of insurance. I understand that my deduction amount will change if my coverage or costs change.

Member/Employee Signature Required *Cedric Lightfoot*   Date (Mo/Day/Yr) **9/22/17**

*Return completed form to your Human Resources Department.*
**1 of 2**

Desig
9-22-17

(2/11)

EXHIBIT C

STND 17-03934-000171

# McKissic  &
# Associates PLLC
*Attorneys at Law*

---

**Gene E. McKissic, Sr., Esq.**
Attorney at Law

**Doris D. King**
Administrative Assistant

**Jackie B. Harris, Esq.**
Attorney at Law

**Ashley S. Coplin**
Legal Secretary

---

December 8, 2017

**VIA FACSIMILE ONLY (888) 414-0389**

The Standard Insurance Company
c/o Sara Shepard
Life Benefits Analyst
P.O. Box 2800
Portland, OR 97208-9929

RE: Claim No.: E50141
    Group Policy: 159328
    Policyowner: Wagner Industries, Inc.

Sara,

My name is Jackie B. Harris and I am an attorney representing Laronica Conner in her dispute over the payment of benefits involving the above reference claim. In your letter dated November 17, 2017 addressed to Laronica Conner, you indicated that I notify you in writing, as to the basis of Ms. Conner's claim for benefits under the policy.

Mr. Lightfoot was very sick in the months before he passed away and suffered with severe chronic pain. Mr. Lightfoot was prescribed opioids for his pain.

Mr. Lightfoot was isolated from Ms. Conner and other family members and it was during that time of isolation that the beneficiary on his policy was changed. We have reason to believe that the person whose name now appears as the beneficiary was involved in procuring the change of beneficiary by exercising undue influence on a very ill Mr. Lightfoot. As a result of the medications that he used and due to his fragile condition; Mr. Lightfoot did not have the requisite capacity to execute a change of beneficiary and only did so under extreme duress.

---

116 West Sixth Avenue | Post Office Box 9587 Pine Bluff, AR 71601

STND 17-03934-000125



Enclosed please find the medical records you requested.  This is a matter that will very likely be litigated.  Ms. Conner will pursue legal action to enforce her right to receive the benefits under the policy and in my opinion, your company should consider filing an Interpleader with the Circuit Court of Jefferson County, Arkansas and deposit the insurance proceeds into the registry of the Court.

If you have any questions, please don't hesitate to contact me.

Sincerely,

Jackie B. Harris
McKissic & Associates, PLLC
116 West Sixth Avenue
P.O. Box 9587
Pine Bluff, Arkansas 71611
(870) 534-6332 telephone
(87) 534-8481 facsimile
jbharris@mckissiclaw.com

STND 17-03934-000126