# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

STANDARD INSURANCE COMPANY                                      PLAINTIFF

v.                              No. 5:18CV00015 JLH

LATESEA LIGHTFOOT;
and LARONICA CONNER                                             DEFENDANTS

## DEFAULT JUDGMENT AS TO LARONICA CONNER

Standard Insurance Company's motion for default judgment against Laronica Conner is GRANTED. Document #4. Because Laronica Conner was served with summons and complaint pursuant to the Federal Rules of Civil Procedure and because she has not answered the complaint and interpleader within 21 days after service, she has no right, title, claim or interest in the funds to be interpleaded, and she has no claim against Standard Insurance Company arising from or related to the death of Cedric Devon Lightfoot or Group Life Insurance Policy No. 159328-A.

IT IS SO ORDERED this 4th day of April, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE